Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1 | **DATE** | 12/19/2007 |
| **CASE TITLE** | United States of America vs. Rondell Freeman | | |

**DOCKET ENTRY TEXT**

By order of the Court, Rondell Freeman is remanded to the custody of the United States Marshal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|