Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | United States of America vs. Rondell Freeman | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is granted. The defendant is to be detained pending trial or order of the Court.

Docketing to mail notices. Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|