Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 – 1 | **DATE** | 1/7/2008 |
| **CASE TITLE** | U.S.A. vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

(Defendant Robert Freeman only). Detention hearing called on 1/7/2008. Defendant's motion for a bond hearing is withdrawn without prejudice to refiling at a later date. Defendant waives his right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings. Preliminary examination hearing set for 1/10/2008 is stricken. Defendant to remain in custody until further order of court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|