Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 – 1 | **DATE** | 1/7/2008 |
| **CASE TITLE** | U.S.A. vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

(Defendant Robert Freeman only). Pursuant to the government's oral representation, case 07 CR 843 can be unsealed as of 1/7/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|