## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | United States of America vs. Rondell Freeman | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Bond hearing set for 1/23/08 at 10:00 a.m. The defendant waives preliminary examination. The Court enters a finding of probable cause. The Court holds the defendant bound to answer charges in the district court.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | mm |
|---|---|---|