UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 843 |
| | ) | 05 GJ 991 |
| v. | ) | |
| | ) | |
| RONDELL FREEMAN, aka "Nightfall," "Fall" | ) | Chief Judge James F. Holderman |
| BRIAN WILBOURN, aka "Stay High," "3" | ) | |
| DANIEL HILL, aka "Little Burling," "Little B" | ) | |
| ADAM SANDERS, aka "Redman" | ) | |
| DEMARQUIS WILLIAMS, aka "Buck," "Marco" | ) | |
| SENECCA WILLIAMS, aka "Boo Boo" | ) | |
| REGINALD BOOKER, aka "Bob" | ) | |
| SYBLE MCCLUTCHEY, aka "Silver" | ) | |
| ROBERT FREEMAN, aka "G Rob," "Bob" | ) | |
| CLINT LINZY, aka "Big Shorty" | ) | |
| LONNIE MACK, aka "L Dub," "Dub," "4" | ) | |
| LANCE OLDEN, aka "LA" | ) | |
| TERRANCE SEWELL, aka "T Money" | ) | |
| DESHAWN SIMMONS, aka "Duke" | ) | |
| MARCELL THOMAS, aka "Lil Cell," "Cell" | ) | |
| DARNELL WILLIAMS, aka "Don D" | ) | |

**GOVERNMENT'S MOTION TO CORRECT ITS MATHEMATICAL ERROR
REGARDING THE EXTENSION OF TIME
TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court as follows:

1.    On January 11, 2008, the government applied for one 91-day extension of time in this case to return an indictment. This Court granted the government's motion on January 15, 2008.

2.    In its motion, the government erroneously stated that the 91-day date by which the indictment needed to be returned was April 15, 2008, when in fact, it is April 16, 2008.

3.      Wherefore, the government respectfully requests that this Court enter a new order, *nunc pro tunc*, reflecting that the correct 91-day date by which an indictment must be returned in this case is April 16, 2008.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney


      By: s://Rachel M. Cannon
          RACHEL M. CANNON
          Assistant United States Attorney
          United States Attorney's Office
          219 South Dearborn Street
          Chicago, Illinois  60604
          (312) 353-5357

Dated: March 24, 2008