MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 28 2008  NF
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 07 CR 843 |
| Rondell Freeman | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

Now comes the defendant, Rondell Freeman, and asks this honorable Court to enter and order allowing attorney Herbert L. Goldberg, to substitute his appearance, as trial counsel herein and allow current appointed counsel Green leave to withdraw. In support of said motion defendant states as follows.

1. That the defendant herein was appointed as counsel herein, Attorney Green.

2. That the defendant wishes that Herbert L. Goldberg be allowed to substitute his appearance for and as trial Green counsel herein.

Wherefore the defendant prays that this Honorable Court will allow said motion to substitute counsel and leave be given for Herbert L. Goldberg to file his appearance herein, which Attorney Green being given leave to withdraw.

Respectfully Submitted by

Herb Goldberg and Associates
Attorneys for Rondell Freeman
224 Linden Park Place
Highland Park, Ill. 60035
(312) 320-8126