MHN

FILED

MAR 2 8 2008  NF.

3-28-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) NO. 07 CR 843 |
| Rondell Freeman | ) |
| Defendant. | ) |

NOTICE OF MOTION
Proof of Service

To: AUSA Cannon 219 S. Dearborn, Chicago, Illinois
    United States Pre-Trial Services
    Attorney Green, Chicago, Illinois

Please be advised that on March 28, 2008, I shall file in the office of the Clerk for the Northern District of Illinois the attached motions for Substitution of Attorneys and Motion for Defendant's pre-trial release and set same for hearing on April 2, 2008 at 8:30 a.m. before the Honorable Magistrate Judge Sidney I. Schenkier presiding in Room 1700, 219 S. Dearborn Ave.

Herbert L. Goldberg hereby certifies that he is duly licensed to practice law in the United States District Court of Illinois, Northern District, and has by personal service delivered a copy of said Motions and Notices to those appropriate persons or agencies mentioned above on March 28, 2009.

Respectfully Submitted by:

Herb Goldberg and Associates
Attorneys for Rondell Freeman
224 Linden Park Place
Highland Park, Ill. 60035
(312) 320-8126