## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States of America vs. Rondell Freeman | | |

**DOCKET ENTRY TEXT**

Motion hearing held and continued to 4/9/08 at 10:30 a.m. Mr. Greene is given leave to withdraw his appearance. Mr. Goldberg is given leave to file his appearance. Defendant's motion for substitution of counsel (doc. # 152) is granted. Defendant's motion for pre-trial release (doc # 151) is continued to 4/9/08.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|