# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | United States of America vs. Rondell Freeman | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for pretrial release (doc. # 151) is withdrawn without prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|