UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 843-1 |
| v. ) | |
| ) | Hon. Joan Lefkow |
| RONDELL FREEMAN ) | |

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the indictment in this case, or the offenses charged under Title 21, United States Code, Section 841(a)(1), charged in Count Three and Count Eleven of the indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offenses charged in Counts One, Three, and Eleven, of the indictment:

On or about December 13, 2005, defendant was found guilty of possession of between 15 and 100 grams of cocaine, in violation of 720 ILCS 570/402(a)(2)(A), in the Circuit Court of Cook County, in case number 05 CR 0558901, and was sentenced to 24 months' probation.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    /s/ Kruti Trivedi
        Kruti Trivedi
        Assistant United States Attorney
        219 S. Dearborn Street - 5th Floor
        Chicago, Illinois  60604
        (312) 353-5323