# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 15 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Rondell Freeman, Brian Wilbourn, Daniel Hill, Adam Sanders, Demarquis Williams, Seneca Williams, Reginald Booker, Robert Freeman, Clint Linzy, Lonnie Mack, Lance Olden, Marcell Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/18/2008 at 9:00 a.m. Any pretrial motions are to be filed by 7/30/2008. Jury trial is set for 2/2/2009 at 9:30 a.m. Government's oral motion to exclude time as to all defendants is granted. The period beginning 4/30/2008 through 6/18/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:24

| | Courtroom Deputy Initials: | MD |
|---|---|---|

07CR843 - 1 USA vs. Freeman,