# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 15 | **DATE** | 6/4/2008 |
| **CASE TITLE** | USA vs. Rondell Freeman, Brian Wilbourn, Daniel Hill, Adam Sanders, Demarquis Williams, Seneca Williams, Reginald Booker, Robert Freeman, Clint Linzy, Lonnie Mack, Lance Olden, Marcell Thomas | | |

**DOCKET ENTRY TEXT**

The time of the status hearing on 6/18/2008 is reset to 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:07-cr-00843    Document 218    Filed 06/04/2008    Page 2 of 2