UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:07−cr−00843
                                                        Honorable Joan H. Lefkow

Rondell Freeman, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Joan H. Lefkow as to Rondell Freeman, Brian Wilbourn, Daniel Hill, Adam Sanders, Demarquis Williams, Senecca Williams, Reginald Booker, Syble McClutchey, Robert Freeman, Clint Linzy, Lonnie Mack, Lance Olden, Terrance Sewell, Deshawn Simmons, Marcell Thomas, Darnell Williams: Status hearing of 8/6/2008 stricken and reset to 7/30/2008 at 09:00 AM. Time is excluded pursuant to 18.3161(h)(1)(F). Mailed notice (mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.