# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 15 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Rondell Freeman, Brian Wilbourn, Daniel Hill, Adam Sanders, Demarquis Williams, Seneca Williams, Reginald Booker, Robert Freeman, Clint Linzy, Lonnie Mack, Lance Olden, Marcell Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/29/2008 at 9:00 a.m. Defendants' motions [237], [246] to adopt other defendants' previously filed motions are granted as to all defendants; any defendant, however, may choose to opt out of specific motions. Defendants' motions for early return of trial subpoenas [234], [240] are granted. Defendant's motion [247] and defendants' oral motion to extend time to 8/20/2008 to file additional pretrial motions are granted. Responses due by 9/22/2008; replies due by 9/29/2008; ruling is set for 10/29/2008 at 9:00 a.m. Defendants' oral motion to appoint a paralegal to organize the information on the discovery discs to share with all defendants is granted. Attorneys Kent Carlson and John Beal shall co-ordinate - draft order to follow. Government's oral motion to exclude time as to all defendants is granted. The period beginning 7/30/2008 through 10/29/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MD |
|---|---|---|